IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL O. HUDACEK,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　13-cv-795-wmc

LORAM MAINT. OF WAY INC.,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case as time-barred.

    /s/　　　　　　　　　　　　　　　　　　1/5/2015

Peter Oppeneer, Clerk of Court　　　　　　　Date